RECEIVED

*HT*

NOV 14 2011

NOV 1 4 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tiffany Fabigi

(Name of the plaintiff or plaintiffs)

v.

McDonald's Corporation

(Name of the defendant or defendants)

CIVIL ACTION

11cv8085
Judge Joan H. Lefkow
Magistrate  Young B. Kim

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Tiffany Fabiyi of the county of Dupage in the state of Illinois.

3. The defendant is McDonald's Corporation, whose street address is 129 8South Naperville, (city) Naperville (county) Dupage (state) IL (ZIP)_____ (Defendant's telephone number) ( )-_____

II The plaintiff sought employment or was employed by the defendant at (street address) 2111 McDonald's Dr (city) Oak Brook (county) Dupage (state) IL (ZIP code)_____

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ ✓ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) November , (day) 20 , (year) 2006 .

3

7.1   *(**Choose paragraph 7.1 or 7.2, do NOT complete both.**)*

(a)  The defendant is not a federal governmental agency, and the plaintiff   *[check one box]*

☐ has not  ☑ has filed a charge or charges against the defendant asserting the acts of

discrimination indicated in this complaint with any of the following government agencies:

(i)     ☐ the United States Equal Employment Opportunity Commission, on or about
(month)_____ (day)_____ (year)_____.

(ii)    ☑ the Illinois Department of Human Rights, on or about
(month)____5____ (day)__6__ (year)_*2010*__ .

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is tached.   ☑ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days**.
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human
Rights to cross-file with the other agency all charges received.  The plaintiff has no reason to believe that this
policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting
the acts of discrimination indicated in this court complaint.

Yes (month)_____ (day)_____ (year)_____

☐     No, did not file Complaint of Employment Discrimination

2.     The plaintiff received a Final Agency Decision on (month)_____
(day)_____ (year)_____.

c.     Attached is a copy of the

a.  Complaint of Employment Discrimination,

___ YES  ☐ NO, but a copy will be filed within 14 days.

(ii)    Final Agency Decision

___ YES  ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _August_ (day) _25_ (year) _2011_ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).
(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)
(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.
(b) ☑ terminated the plaintiff's employment.
(c) ☑ failed to promote the plaintiff.
(d) ☐ failed to reasonably accommodate the plaintiff's religion.
(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.
(f) ☑ failed to stop harassment;
(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h) ☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows: _See attached documents._
    21B - 2010 - 01905, 21B - 2011 - 02140
    21B - 2011 - 02734, 21B - 2011 - 01613 and
    21B - 2011 - 01758

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff **[check only those that apply]**

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☑ Direct the defendant to re-employ the plaintiff.
    (c) ☑ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ Direct the defendant to (specify): _____

    (g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
    (h) ☑ Grant such other relief as the Court may find appropriate.

    _____
    Plaintiff's signature

    Tiffany Fabiyi
    Plaintiff's name

3

Plaintiff's street address   228 E. Bailey Road

City Naperville   State ILL   ZIP 60565

Plaintiff's telephone number (312) 869-0865

Date: 10-19-2011

61-B (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Tiffany Fabiyi**<br>**228 E Bailey #L**<br>**Naperville, IL 60565** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

**CERTIFIED MAIL 7011 0110 0001 8769 7766**

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2011-01613** | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| ☐ | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☒ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| ☒ | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/mjh*

**August 23, 2011**

---
**John P. Rowe,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:  **MCDONALDS**
**1298 S Naperville**
**Naperville, IL 60565**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. <br><br> #11M0114.06 | ☒ IDHR <br><br> ☐ EEOC | 2011CF3159 |

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) <br><br> **Ms. Tiffany Fabiyi** | TELEPHONE NUMBER (include area code) <br><br> **(331) 330-0853** | |
|---|---|---|
| STREET ADDRESS <br><br> **228 E. Bailey, Apt. L** | CITY, STATE AND ZIP CODE <br><br> **Naperville, IL 60565** | DATE OF BIRTH <br> M    D    YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT <br><br> **McDonald's** | NUMBER OF EMPLOYEES, MEMBERS <br> 15+ | TELEPHONE NUMBER (include area code) <br><br> **(630) 961-9680** |
|---|---|---|
| STREET ADDRESS <br><br> **1298 S. Naperville** | CITY, STATE AND ZIP CODE <br><br> **Naperville, IL 60565** | COUNTY <br><br> **Cook** |

| CAUSE OF DISCRIMINATION BASED ON: <br><br> **Sexual Harassment      Retaliation    Race** | DATE OF DISCRIMINATION <br> EARLIEST (ADEA/EPA)  LATEST (ALL) <br><br> **05/26/2010          04/2011** <br> ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.    A.    **ISSUE/BASIS**

**SEXUAL HARASSMENT – MAY 26, 2010 AND CONTINUING TO THE PRESENT (MOST RECENTLY, APRIL 2011)**

B.    **PRIMA FACIE ALLEGATIONS**

1. **My sex is female.**

2. **From May 26, 2010 and continuing to the present (most recently April 2011), Julio Alverez (male), Swing Manager, engaged in at least two incidents of sexual conduct that was not trivial in nature.**

Page 1 of 4

---

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME <br><br> THIS *26* DAY OF *April* , 2011 <br><br> *Jacquelyn Turner Hamb* <br> NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL <br> JACQUELYN TURNER HAMB <br> NOTARY PUBLIC - STATE OF ILLINOIS <br> MY COMMISSION EXPIRES:09/25/13 <br><br> NOTARY STAMP | X _____    *4-26-2011* <br> SIGNATURE OF COMPLAINANT    DATE <br> I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 2/99 INT)

Charge Number: 2011CF3159
Complainant: Tiffany Fabiyi
Page 2 of 4

3. Whenever I was assigned to work with Alverez he had a habit of rubbing his hands on my butt and rubs his whole body against me.

4. I reported the sexual harassment to Respondent's 1-800 number and as of April 2011, Respondent still has me working with Alverez and I feel uncomfortable around him.

5. The sexual harassment has created a hostile, intimidating and uncomfortable work environment which interferes with my ability to perform my job.

II. A.    ISSUE/BASIS

WRITTEN WARNING – JULY 13, 2010, BASED ON MY RACE, BLACK

B.    PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I began my employment with Respondent on March 30, 1999. My work performance as a crew member meets Respondent's legitimate expectations.

3. On July 13, 2010, Antonio Gass (non-black), Manager, issued me a written warning for allegedly being insubordinate, because I refused to clean the lobby with five minutes left in my shift.

4. Similarly situated non-black employees, with less seniority were not asked to clean the lobby before the end of their shift.

III. A.    ISSUE/BASIS

WRITTEN WARNING – JULY 13, 2010, IN RETALIATION FOR FILING A PREVIOUS CHARGE OF DISCRIMINATION

B.    PRIMA FACIE ALLEGATIONS

1. On May 6, 2010, I filed charge number 2010CF3483 against Respondent with the Illinois Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, sex and retaliation.

2. On July 13, 2010, Antonio Gass, Manager, issued me a written warning for allegedly being insubordinate, because I refused to clean the lobby with five minutes left on my shift.

Charge Number:  20  CF3159
Complainant:  Tiffany Fabiyi
Page 3 of 4

    3.  The adverse action followed the filing of my previous charge of discrimination within such a period of time as to raise an inference of retaliatory motivation.

IV.  A.    ISSUE/BASIS

    WRITTEN WARNING – OCTOBER 6, 2010, BASED ON MY RACE, BLACK

    B.    PRIMA FACIE ALLEGATIONS

    1.  My race is black.

    2.  I began my employment with Respondent on March 30, 1999.  My work performance as a crew member meets Respondent's legitimate expectations.

    3.  On October 6, 2010, Antonio Gass (non-black), Manager, issued me a written warning for allegedly being uncooperative and insubordinate.  The reason given for the write up was because I allegedly refused to sweep the lobby.

    4.  Similarly situated non-black employees with less seniority than I are not asked to clean the lobby.

V.  A.    ISSUE/BASIS

    WRITTEN WARNING – OCTOBER 6, 2010, IN RETALIATION FOR FILING A PREVIOUS CHARGE OF DISCRIMINATION

    B.    PRIMA FACIE ALLEGATIONS

    1.  On May 6, 2010, I filed charge number 2010CF3483 against Respondent with the Illinois Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, sex and retaliation.

    2.  On October 6, 2010, Antonio Gass, Manager, issued me a written warning for allegedly being uncooperative and insubordinate.  The reason given for the write up was I allegedly refused to sweep the lobby.

    3.  The adverse action followed the filing of my previous charge of discrimination within such a period of time as to raise an inference of retaliatory motivation.

Charge Number: 2011CF3159
Complainant: Tiffany Fabiyi
Page 4 of 4

VI. A. ISSUE/BASIS

REDUCTION IN HOURS – JANUARY 2011 AND CONTINUING TO THE PRESENT (APRIL 2011), BASED ON MY RACE, BLACK

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I began my employment with Respondent on March 30, 1999. My work performance as a crew member meets Respondent's legitimate expectations.

3. Beginning in January 2011, my hours have been reduced from 37.5 hours a week to 18 hours a week. The reason given by Antonio Gass (non-black), Manager, for the reduction in hours was that allegedly my work performance is not meeting Respondent's expectations.

4. Similarly situated non-black employees are treated more favorably under similar circumstances.

VII. A. ISSUE/BASIS

REDUCTION IN HOURS – JANUARY 2011, IN RETALIATION FOR FILING A PREVIOUS CHARGE OF DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. On May 6, 2010, I filed charge number 2010CF3483 against Respondent with the Illinois Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my race, sex and retaliation.

2. Beginning in January 2011, my hours have been reduced from 37.5 hours a week to 18 hours a week. The reason given by Antonio Gass, Manager, for the reduction in hours was that allegedly my work performance was not meeting Respondent's expectations.

3. The adverse action followed the filing of my previous charge of discrimination within such a period of time as to raise an inference of retaliatory motivation.

MEE/dmw

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Tiffany Fabiyi<br>228 E Bailey St<br>Naperville, IL 60565 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7011 0470 0002 4704 2825**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2011-01758 | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/mjh*

**August 30, 2011**

**John P. Rowe,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc: **MCDONALDS**
**1298 S Naperville**
**Naperville, IL 60565**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>#  11W0502.19 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2011CF3355 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Ms. Tiffany Fabiyi | TELEPHONE NUMBER (include area code)<br><br>(312) 869-0865 | |
|---|---|---|

| STREET ADDRESS<br><br>228 E. Bailey Street | CITY, STATE AND ZIP CODE<br><br>Naperville, Illinois 60565 | DATE OF BIRTH<br>/    /<br>M    D    YEAR |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>McDonald's | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br><br>(630) 961-9660 |
|---|---|---|

| STREET ADDRESS<br><br>1298 S. Naperville | CITY, STATE AND ZIP CODE<br><br>Naperville, Illinois  60565 | COUNTY<br><br>DuPage |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Sex    Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br><br>5/11/11<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  **ISSUE/BASIS**
      **NEGATIVE PERFORMANCE EVALUATION – APRIL, 28, 2011, BECAUSE OF MY SEX, FEMALE**

   B.  **PRIMA FACIE ALLEGATIONS**
      1.  **My sex is female.**

      2.  **My job performance meets Respondent's expectations. I was hired on March 30, 1999.**

**Page 1 of 4**

| I also want this charge filed with the EEOC.  I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS ____ DAY OF _____, 2011<br><br>NOTARY SIGNATURE |
|---|---|

| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/16/14<br>**NOTARY STAMP** | X _____    5-12-2011<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|

EEO-5 FORM (Rev. 2/09-INT)

Charge Number: 2011CF3355
Complainant: Tiffany Fabiyi
Page 2 of 4

3.  On April 28, 2011, I received a negative performance evaluation from Antonio Gass (male), lst Assistant Manager. The reason given was because of poor job performance.

4.  Similarly situated male employees whose job performance is comparable to mine did not received a needs improvement performance evaluation.

II.  A.  ISSUE/BASIS
NEGATIVE PERFORMANCE EVALUATION – APRIL, 28, 2011, IN RETALIATION FOR FILING CHARGES OF DISCRIMINATION

B.  PRIMA FACIE ALLEGATIONS
1.  On May 6, 2010, I engaged in a protected activity when I filed charge #2010CF3483,alleging race, sex and retaliation discrimination. On April 26, 2011, I filed charge #2011CF3159 alleging sexual harassment, retaliation and race and I filed charge #2011CN3160, alleging sexual harassment against Respondent with the Illinois Department of Human Rights.

2.  My job performance meets Respondent's expectations. I was hired on March 30, 1999.

3.  On April 28, 2011, I received a negative performance evaluation from Antonio Gass (male), 1st Assistant Manager. The reason given was because of poor job performance.

4.  The negative performance evaluation followed my participation in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

III.  A.  ISSUE/BASIS
DENIAL OF A SALARY INCREASE – ARPIL 28, 2011, BECAUSE OF MY SEX, FEMALE

B.  PRIMA FACIE ALLEGATIONS
1.  My sex is female.

2.  My job performance meets Respondent's expectations. I was hired on March 30, 1999.

3.  On April 28, 2011, I was denied a salary increase by Antonio Gass (male), 1st Assistant Manager. No reason was given.

4.  Similarly situated male employees whose job performance was comparable to mine received a salary increase.

Charge Number: 201_F3355
Complainant: Tiffany Fabiyi
Page 3 of 4

IV.   A.    ISSUE/BASIS
              DENIAL OF A SALARY INCREASE – ARPIL 28, 2011, IN RETALIATION
              FOR FILING DISCRIMINATION CHARGES

      B.    PRIMA FACIE ALLEGATIONS
          1.    On May 6, 2010, I engaged in a protected activity when I filed charge
              #2010CF3483,alleging race, sex and retaliation discrimination. On
              April 26, 2011, I filed charge #2011CF3159 alleging sexual harassment,
              retaliation and race and I filed charge #2011CN3160, alleging sexual
              harassment against Respondent with the Illinois Department of
              Human Rights.

          2.    My job performance meets Respondent's expectations. I was hired on
              March 30, 1999.

          3.    On April 28, 2011, I was denied a salary increase by Antonio Gass
              (male), 1st Assistant Manager.  No reason was given.

          4.    The denial of a salary increase followed my participation in a protected
              activity within such a period of time as to raise an inference of
              retaliatory motivation.

V.   A.    ISSUE/BASIS
              REDUCTION IN HOURS OF EMPLOYMENT – MAY 11, 2011, BECAUSE
              OF MY SEX, FEMALE

      B.    PRIMA FACIE ALLEGATIONS
          1.    My sex is female.

          2.    My job performance meets Respondent's expectations. I was hired on
              March 30, 1999.

          3.    On May 11, 2011, my hours of employment were reduced by Antonio
              Gass  (male), 1st Assistant Manger.  No reason was given.

          4.    Similarly situated male employees whose job performance is
              comparable to mine were not treated in a similar manner.

Charge Number: 2011CF3355
Complainant: Tiffany Fabiyi
Page 4 of 4

VI.   A.      ISSUE/BASIS
              REDUCTION IN HOURS OF EMPLOYMENT – MAY 11, 2011, IN
              RETALIATION FOR FILING DISCRIMINATION CHARGES

     B.      PRIMA FACIE ALLEGATIONS

1. On May 6, 2010, I engaged in a protected activity when I filed charge #2010CF3483, alleging race, sex and retaliation discrimination. On April 26, 2011, I filed charge #2011CF3159 alleging sexual harassment, retaliation and race and I filed charge #2011CN3160, alleging sexual harassment against Respondent with the Illinois Department of Human Rights.

2. My job performance meets Respondent's expectations. I was hired on March 30, 1999.

3. On May 11, 2011, I was denied a salary increase by Antonio Gass, 1st Assistant Manager. No reason was given.

4. The reduction in hours followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.

MFP/mfp

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Tiffany Fabiyi**<br>**228 E Bailey #7**<br>**Naperville, IL 60565**<br><br>**CERTIFIED MAIL 7011 1570 0003 6091 7433** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No.<br><br>**21B-2011-02140** | EEOC Representative<br>**Armernola P. Smith,**<br>**State & Local Coordinator** | Telephone No.<br><br>**(312) 869-8082** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| ☐ | More than 180 days have passed since the filing of this charge. |
|---|---|
| ☒ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| ☒ | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/mjh*                                    **October 03, 2011**

**John P. Rowe,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:     **MCDONALDS**
        **1298 S Naperville**
        **Naperville, IL 60565**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 11W0630.05

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2011CF3875 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

**NAME OF COMPLAINANT** (indicate Mr. Ms. Mrs.)

Ms. Tiffany Fabiyi

**TELEPHONE NUMBER** (include area code)

(312 ) 869-0865

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 228 E. Bailey, Apt. L | Naperville, Illinois 60565 | /  /  M  D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| McDonald's | | (630) 961-9660 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1298 S. Naperville | Naperville, Illinois 60565 | DuPage |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Sex   Retaliation  Disability | 6 /2/11 ☐ CONTINUING ACTION |

## THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. **ISSUE/BASIS**
HARASSMENT – JUNE 2, AND 3, 2011, IN RETALIATION FOR FILING CHARGES OF DISCRIMINATION

B. **PRIMA FACIE ALLEGATIONS**
1. On April 26, 2011, I filed charges #2011CF3159 and 2011CN3160 alleging sexual harassment , retaliation and race discrimination against Respondent with the Illinois Department of Human Rights. On May 6, 2010, I filed charge #2010CF3483 alleging race, sex and retaliation discrimination against Respondent with the Illinois Department of Human Rights.

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 30 DAY OF June , 2011

NOTARY SIGNATURE

OFFICIAL SEAL
KRYSTAL ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/16/14

NOTARY STAMP

X _____ 6-30-20
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 2/09-INT)

Charge Number: 2011CF3875
Complainant: Tiffany Fabiyi
Page 2 of 2

2. My job performance as cashier/crew member meets Respondent's expectations. I was hired on March 30, 1999.

3. On June 2, and 3, 2011, I was harassed by Marcus Garrison, Supervisor and Antonio Gass, Manager. The harassment consisted of them yelling, screaming and threatening me.

4. The harassment followed the filing of these discrimination charges within such a period of time as to raise an inference of retaliatory motivation.

II.  A.  ISSUE/BASIS
HARASSMENT – JUNE 2, AND 3, 2011, BECAUSE OF MY SEX, FEMALE

    B.  PRIMA FACIE ALLEGATIONS
    1. My sex is female.

    2. My job performance as cashier/crew member meets Respondent's expectations. I was hired on March 30, 1999.

    3. On June 2, and 3, 2011, I was harassed by Marcus Garrison (male), Supervisor and Antonio Gass (male), Manager. The harassment consisted of them yelling, screaming and threatening me.

    4. Similarly situated male employees were not treated in this same manner

III.  A.  ISSUE/BASIS
HARASSMENT – JUNE 2, AND 3, 2011, BECAUSE OF MY PHYSICAL DISABILITY, BACK INJURY

    B.  PRIMA FACIE ALLEGATIONS
    1. I am an individual with a disability as defined by the Illinois Human Rights Act.

    2. Respondent was aware of my disability.

    3. My job performance as cashier/crew member meets Respondent's expectations. I was hired on March 30, 1999.

    4. On June 2, and 3, 2011, I was harassed by Marcus Garrison (no known disability), Supervisor and Antonio Gass (no known disability), Manager. The harassment consisted of them yelling, screaming and threatening me.

    5. My disability is unrelated to my ability to perform the essential functions of my job.

MFP/amm

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Tiffany Fabiyi | From: Chicago District Office |
|---|---|
| 228 E Bailey Unit L | 500 West Madison St |
| Naperville, IL 60565 | Suite 2000 |
| | Chicago, IL 60661 |

**CERTIFIED MAIL 7011 0470 0002 4704 3396**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Armernola P. Smith,** | |
| **21B-2010-01905** | **State & Local Coordinator** | **(312) 869-8082** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☒ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/mjh*

**John P. Rowe,**
**District Director**

October 25, 2011

*(Date Mailed)*

Enclosures(s)

cc: **MCDONALDS**
**1298 Naperville**
**Naperville, IL 60565**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement<br>before completing this form.<br># 10W0504.15 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2010CF3483 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs)<br>**Ms. Tiffany Fabiyi** | | TELEPHONE NUMBER (include area code)<br>**(331) 330-0853** |
|---|---|---|
| STREET ADDRESS<br>**228 E. Bailey, Apt. L** | CITY, STATE AND ZIP CODE<br>**Naperville, Illinois 60565** | DATE OF BIRTH<br>//<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>**Mc Donald's** | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>**(630) 961-9661** |
|---|---|---|
| STREET ADDRESS<br>**1298 Naperville** | CITY, STATE AND ZIP CODE<br>**Naperville, Illinois 60565** | COUNTY<br>**DuPage** |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Race   Sex   Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>//   5/3/10<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.   A.   **ISSUE/BASIS**
  **HARASSMENT – FEBRUARY 2, 2010, BECAUSE OF MY RACE, BLACK**

  B.   **PRIMA FACIE ALLEGATIONS**
  1. My race is black.

  2. My job performance meets Respondent's expectations. I was hired on March 30, 1999.

  3. On February 2, 2010, I was harassed by Debbie Piasecki (white), Store Manager. The harassment consists of her yelling and screaming at me in front of co-workers.

  4. Similarly situated non-black employees are not been treated in this manner.

**Page 1 of 7**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS ___6th___ DAY OF ___May___, 2010<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 11/16/10<br><br>NOTARY STAMP | X _____   5-6-10<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

Charge Number: 2010CF3483
Complainant: Tiffany Fabiyi
Page 2 of 7

II.  A. ISSUE/BASIS
     HARASSMENT – FEBRUARY 4, 2010, BECAUSE OF MY SEX, FEMALE

    B. PRIMA FACIE ALLEGATIONS
       1.  My sex is female.

       2.  My job performance meets Respondent's expectations. I was hired
           on March 30, 1999.

       3.  On February 4, 2010, I was harassed by Debbie Piasecki (female), Store
           Manager.  The harassment consists of her yelling and screaming at me in
           front of co-workers.

       4.  Similarly situated male employees are not been treated in this manner.

III.  A. ISSUE/BASIS
      HARASSMENT – FEBRUARY 4, 2010, IN RETALIATION FOR OPPOSING
      RACE, DISCRIMINATION

     B. PRIMA FACIE ALLEGATIONS
        1.  From about 2006 through 2010, I have been calling Respondent's hotline
            complaining that I have been treated differently because of my  race, black.

        2.  My job performance meets Respondent's expectations. I was hired
            on March 30, 1999.

        3.  On February 4, 2010, I was harassed by Debbie Piasecki, Store Manager.  The
            harassment consists of her yelling and screaming at me in front of co-
            workers.

        4.  The harassment followed my complaints to Respondent about race
            discrimination within such a period of time as to raise an inference of
            retaliation motivation.

Charge Number:   2010CF3483
Complainant: Tiffany Fabiyi
Page 3 of 7


IV.  A.  ISSUE/BASIS
   DENIAL OF TRAINING – DECEMBER 2009, BECAUSE OF MY RACE,
   BLACK

   B.  PRIMA FACIE ALLEGATIONS
   1.   My race is black.

   2.   Respondent was aware of my interested in being trained for the crew trainer
        position.

   3.   In December 2009, Ruth Smith (black), Swing Shift Manager, failed to
        train me for the position.  No reason was given for the failure to train me.

   4.   Similarly situated non-black employees received training.

V.  A.  ISSUE/BASIS
   DENIAL OF TRAINING – DECEMBER 2009, BECAUSE OF MY SEX,
   FEMALE

   B.  PRIMA FACIE ALLEGATIONS
   1.   My sex is female.

   2.   Respondent was aware of my interested in being trained for the crew trainer
        position.

   3.   In December 2009, Ruth Smith (female), Swing Shift Manager, failed to train
        me for the position.  No reason was given for the failure to train me.

   4.   Similarly situated male employees received training.

Charge Number: 2010CF3483
Complainant: Tiffany Fabiyi
Page 4 of 7

VI. A. **ISSUE/BASIS**
   DENIAL OF TRAINING- DECEMBER 2009, IN RETALIATION FOR
   OPPOSING RACE, DISCRIMINATION

   B. **PRIMA FACIE ALLEGATIONS**
   1. From about 2006 through 2010, I have been calling Respondent's hotline complaining that I have been treated differently because of my race, black.

   2. Respondent was aware of my interested in being trained for the crew trainer position.

   3. In December 2009, Ruth Smith, Swing Shift Manager, failed to train me for the position. No reason was given for the failure to train me.

   4. The denial of training followed my complaints to Respondent about race discrimination with such a period of time as to raise an inference of retaliation motivation.

VII. A. **ISSUE/BASIS**
   DENIAL OF SALARY INCREASE – JANUARY 2010, BECAUSE OF MY RACE, BLACK

   B. **PRIMA FACIE ALLEGATIONS**
   1. My race is black.

   2. My job performance meets Respondent's expectations. I was hired on March 30, 1999.

   3. In January 2010, I was denied a salary increase. No reason was given for denying me the salary increase.

   4. My job performance was comparable to that of non-black employees who received a salary increase.

Charge Number: 2010CF3483
Complainant: Tiffany Fabiyi
Page 5 of 7

VIII. A.  ISSUE/BASIS
DENIAL OF SALARY INCREASE – JANUARY 2010, BECAUSE OF MY SEX,
FEMALE

B.  PRIMA FACIE ALLEGATIONS
1.  My sex is female.

2.  My job performance meets Respondent's expectations. I was hired
on March 30, 1999.

3.  In January 2010, I was denied a salary increase. No reason was given for
denying me the salary increase.

4.  My job performance was comparable to that of non-black employees who
received a salary increase.

IX.  A.  ISSUE/BASIS
DENIAL OF SALARY INCREASE – JANUARY 2010, IN RETALIATION
FOR OPPOSING RACE DISCRIMINATION

B.  PRIMA FACIE ALLEGATIONS
1.  From about 2006 through 2010, I have been calling Respondent's hotline
complaining that I have been treated differently because of my race, black.

2.  My job performance meets Respondent's expectations. I was hired
on March 30, 1999.

3.  In January 2010, I was denied a salary increase. No reason was given for
denying me the salary increase.

4.  The denial of a salary increase followed my complaints to Respondent
about race discrimination with such a period of time as to raise
an inference of retaliation motivation.

Charge Number: 2010CF3483
Complainant: Tiffany Fabiyi
Page 6 of 7

X. A.  ISSUE/BASIS
       SUSPENSION – MAY 3, 2010, BECAUSE OF MY RACE, BLACK

   B. PRIMA FACIE ALLEGATIONS
      1.  My race is black.

      2.  My job performance meets Respondent's expectations. I was hired
          on March 30, 1999.

      3.  On May 3, 2010, I was suspended by Deborah L. Piasecki (white), Store
          Manager. The reason given for the suspension was for unexcused absence.

      4.  Similarly situated non-black employees whose attendance is comparable to
          mine were not suspended.

XI. A. ISSUE/BASIS
       SUSPENSION – MAY 3, 2010, BECAUSE OF MY SEX, FEMALE

   B. PRIMA FACIE ALLEGATIONS
      1.  My sex is female.

      2.  My job performance meets Respondent's expectations. I was hired
          on March 30, 1999.

      3.  On May 3, 2010, I was suspended by Deborah L. Piasecki (female), Store
          Manager. The reason given for the suspension was for unexcused absence.

      4.  Similarly situated male employees whose attendance is comparable to
          mine were not suspended.

Charge Number: 2010CF3483
Complainant: Tiffany Fabiyi
Page 7 of 7

XII. A. ISSUE/BASIS
SUSPENSION – MAY 3, 2010, IN RETALIATION FOR OPPOSING RACE
DISCRIMINATION

B. PRIMA FACIE ALLEGATIONS

1. From about 2006 through 2010, I have been calling Respondent's hotline
complaining that I have been treated differently because of my race, black.

2. My job performance meets Respondent's expectations. I was hired
on March 30, 1999.

3. On May 2, 2010, I was suspended by Deborah L. Piasecki, Store Manager.
The reason given for the suspension was for unexcused absence.

4. The suspension followed my complaints to Respondent about race
discrimination within such a period of time as to raise an inference of
retaliation motivation.

MFP/mfp